COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Cameron  Keith Erskin v. Alexis Lee and Attorney General for the State of Texas

Appellate case number:    01-18-00535-CV

Trial court case number:  16-DCV-235734

Trial court:          505th District Court of Fort Bend County

On January 29, 2019, this Court issued an order abating the appeal and remanding to the trial court.

We **withdraw** the order of January 29, 2019, and **reinstate** the appeal on the active docket.

It is so ORDERED.

Judge's signature: ____/s/ Justice Peter Kelly_____

☑ Acting individually    ☐ Acting for the Court

Date: __February 5, 2019___